IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEA SEVEY,                                      Civil. No. 03-137-CO

                    Plaintiff,                  Order

     v.

STATE OF OREGON, et al.,

                    Defendants.


     Magistrate Judge John P. Cooney filed Findings and

Recommendation on August 25, 2005 in the above entitled case.

The matter is now before the court pursuant to 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party

objects to any portion of a magistrate judge's Findings and

Recommendation, the district court must make a de novo

determination of that portion of the magistrate judge's report.

See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981),

cert. denied, 455 U.S. 920 (1982).

     Plaintiff timely filed objections.  The court has,

therefore, given de novo review of Judge Cooney's rulings.

Finding no error, the court adopts the Findings and
Recommendation filed August 25, 2005 [#103] in its entirety.
Curry County's assertion that Judge Cooney ignored its argument
that it is not plaintiff's employer under federal law is
mistaken. See F&R at 17. Curry County's motion for summary
judgment [#90] is denied.

IT IS SO ORDERED.

DATED this _2nd_ day of November, 2005.

_Michael C. Hogan_
UNITED STATES DISTRICT JUDGE

2 - ORDER